# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **MICHELLE WEST,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No: 1:21-cv-151-RLY-DLP |
| | ) |
| **ARBOR HOMES LLC** | ) |
| | ) |
| Defendant. | ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to this action, having stipulated pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismissal of this action with prejudice, it is hereby ORDERED that this action be, and hereby is, dismissed WITH PREJUDICE, each party to bear their own attorney's fees and costs.

SO ORDERED this 27th day of September 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.